JEREMY J. THOMPSON
Nevada Bar No. 12503
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: jthompson@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*National Consumer Telecom & Utilities*
*Exchange, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SALLY SOTO, individually as heir and as Special Administrator for the Estate of JOSEPH SOTO, deceased,<br><br>Plaintiff,<br><br>v.<br><br>ST. JOSEPH TRANSITIONAL REHABILITATION CENTER, LLC, doing business as ST. JOSEPH TRANSITIONAL REHABILITATION CENTER; and DOES 1 through 10, inclusive; and ROE ENTITITES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-01728-RFB-EJY<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO REMAND**<br><br>**FIRST REQUEST** |

Defendant St. Joseph Transitional Rehabilitation Center, LLC d/b/a/ St. Joseph Rehabilitation Center has requested an extension of time to respond to plaintiff's Motion to Remand (ECF No. 9), to which plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that St. Joseph's time to respond to the Motion to Remand in this action is extended from October 29, 2021 through and including **November 15, 2021**. The request was made by St. Joseph so that it has sufficient opportunity to time review Mr. Soto's medical records, which are approximately 2,000 pages, and

ClarkHill\67078\431119\264508426.v1-10/29/21

1  Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

2      Respectfully submitted, this 29th day of October, 2021.

3

4  CLARK HILL PLLC                    <u>*No opposition*</u>

5  By:/s/ <u>*Jeremy  J. Thompson*</u>         /s/<u>*Andrew Thomas*</u>
   JEREMY THOMPSON, Esq.            Steven M. Burris, Esq.
6  Nevada Bar No. 12503              sb@steveburrislaw.com
   CLARK HILL PLC                    Andrew J. Thomas, Esq.
7  3800 Howard Hughes Pkwy, Suite 500 at@steveburris.com
   Las Vegas, NV 89169               **BURRIS & THOMAS, LLC**
8  Attorneys for Defendant           2810 W. Charleston Blvd., Suite F-58
                                     Las Vegas, Nevada 89102
9                                    Attorneys for Plaintiff

10

11
   **IT IS SO ORDERED:**
12

13

14  _____
    RICHARD E. BOULWARE, II
15  United States District Court

16  DATED this 1st day of November, 2021.

- 2 -

ClarkHill\67078\431119\264508426.v1-10/29/21